UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| MONICA ALEXANDER, | ) | |
| in care of J.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| SOCIAL SECURITY | ) | No. 5:12-CV-733-FL |
| ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on July 29, 2013, and for the reasons set forth more specifically therein, that plaintiff's complaint is dismissed as frivolous. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on July 29, 2013, and Copies To:**

Monica Alexander (via U.S. Mail) 241 Cedar Drive, Zebulon, NC 27597

July 29, 2013          JULIE A. RICHARDS, CLERK
                       /s/ Christa N. Baker
                       (By) Christa N. Baker, Deputy Clerk